**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-7199**

_____

UNITED STATES OF AMERICA,

        Petitioner - Appellee,

    v.

RANDLE PORTER COOKE,

        Respondent - Appellant.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Louise W. Flanagan, District Judge. (5:09-hc-02034-FL)

_____

Submitted: December 15, 2015    Decided: December 18, 2015

_____

Before GREGORY and FLOYD, Circuit Judges, and DAVIS, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

James B. Craven, III, Durham, North Carolina, for Appellant. Michael Bredenberg, Special Assistant United States Attorney, G. Norman Acker, III, Matthew Fesak, Rudolf A. Renfer, Jr., Assistant United States Attorneys, Seth Morgan Wood, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Randle Porter Cooke appeals the district court's order denying his motion for a review hearing. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Cooke, No. 5:09-hc-02034-FL (E.D.N.C. July 8, 2015). We deny Cooke's motion for the appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED